MORRISON & FOERSTER LLP
G. Larry Engel (Bar No. 53484)
Vincent J. Novak (Bar No. 233003)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: LEngel@mofo.com; VNovak@mofo.com

Counsel for Sand Hill Ventures, LLC, Power Play
Real Estate Management, LLC and First Pitch, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BDB MANAGEMENT, LLC,<br><br>              Debtor. | Case No. 08-31001 (TEC)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[No Hearing Required] |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Morrison and Foerster LLP hereby appears in this Case No. 08-31001 before this Court on behalf of each of Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC (collectively, the "Creditors"), creditors in this case, and hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following office, address and telephone number:

    G. Larry Engel
    Vincent J. Novak
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California 94105-2482
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
    Email: LEngel@mofo.com; VNovak@mofo.com

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
sf-2539991

1   This Notice of Appearance and Request for Special Notice is filed on behalf of each of the
Creditors individually for the sake of convenience, and nothing herein shall be construed to
indicate that any Creditor is proceeding jointly with any other Creditor, nor does this Notice of
Appearance and Request for Special Notice constitute a waiver by any Creditor of its right to take
positions adverse to any other Creditor.

Neither this Notice of Appearance and Request for Special Notice nor any subsequent
appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or
conduct shall constitute a waiver by any Creditor of any:

(a)     Right to have any and all final orders in any and all non-core matters entered only
after *de novo* review by a United States District Court Judge or Bankruptcy Appellate Panel;

(b)     Right to trial by jury in any proceeding as to any and all matters so triable therein,
whether or not the same be designated legal or private rights, or in any case, controversy or
proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core
proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant
to statute or the United States Constitution;

(c)     Right to have the reference of this matter withdrawn by the United States District
Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d)     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to
which any Creditor is entitled under any agreement or at law or in equity or under the United
States Constitution.

All of the above rights are expressly reserved and preserved unto each Creditor without
exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing
or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the
Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the
rules specified above, but also includes, without limitation, orders and notices of any application,
motion, petition, pleading, request, plan, disclosure statement, complaint, demand, answers or
reply papers, made by the debtor or any third party in the bankruptcy case or any adversary

proceedings or contested matters herein, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telecopy, facsimile, electronic mail, personal deliver or other means.

Dated: June 12, 2008

MORRISON & FOERSTER LLP
G. LARRY ENGEL
VINCENT J. NOVAK

By: /s/ G. Larry Engel
     G. Larry Engel

Counsel for Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE    3