Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

- and -

Nick P. Saggese (Cal Bar No. 94319)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213-687-5000
Facsimile: 213-687-5600

Counsel for Warren C. Woo

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>BDB MANAGEMENT, LLC,<br><br>Debtor | Case No. 08-31001 TEC<br><br>Chapter 11<br><br>**Notice of Appearance and Request for Notice and Service of Papers** |

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for Warren C. Woo, a party-in-interest, pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, disclosure statements, and plans filed or otherwise provided in this chapter 11 case be served upon the persons listed below at the following addresses:

> Jay M. Goffman
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Facsimile: 212-735-2000

jay.goffman@skadden.com

and

Nick P. Saggese
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Facsimile: 213-687-5600
nick.saggese@skadden.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings herein.

Neither this request for notice and service nor any later appearance, pleading, claim or suit (1) is a consent to jurisdiction or waives any objection that may be made to the jurisdiction of the Court, (2) is a consent to have an attorney accept service of process or of a pleading or other paper initiating a contested matter, (3) waives any right to have final orders in non-core matters entered only after de novo review by a district judge, (4) waives any right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (5) waives any right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (6) waives any other substantive or procedural right.

*[Remainder of Page Intentionally Left Blank]*

This request for notice and service is without prejudice to Mr. Woo's rights, remedies, claims, actions, defenses, setoffs or recoupments in law or in equity against a debtor or any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 17, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jay M. Goffman
Four Times Square
New York, New York 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _s/ Nick P. Saggese_____
 Nick P. Saggese (Cal Bar No. 94319)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213-687-5000
Facsimile: 213-687-5600

Counsel for Warren C. Woo