J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Gregory.Milmoe@skadden.com

- and -

Van C. Durrer, II (California State Bar No. 226693)
Ramon M. Naguiat (California State Bar No. 209271)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Van.Durrer@skadden.com
Ramon.Naguiat@skadden.com

Attorneys for the National Hockey League

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>BDB MANAGEMENT LLC,<br><br>                Debtor. | Case No.: 08-31001 (TEC)<br><br>Chapter 11<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the undersigned appears as counsel to the National Hockey League (the "NHL"), a party in interest, and hereby files this notice of appearance and requests that all notices and pleadings hereafter given or filed in this case be given and served upon

J. Gregory Milmoe
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000
Gregory.Milmoe@skadden.com

Van C. Durrer, II
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Van.Durrer@skadden.com

Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Ramon.Naguiat@skadden.com

Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000
Gregory.Fox@skadden.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002, 3017(a), 9007, and 9010(a) and (b) of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, complaint, demand, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with respect to the above-captioned case and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in non-core matters entered only after de novo review by a District Judge, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural right.

PLEASE TAKE FURTHER NOTICE that (1) this Notice of Appearance and Request for Notice and Service of Papers is without prejudice to the NHL's rights, remedies claims, actions, defenses, setoffs, or recoupments in law or in equity against any entity in this chapter 11 case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved and (2) any objection that may be made to the jurisdiction of the Court shall not be deemed or construed to submit the NHL to the jurisdiction of the Court.

DATED: June 27, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

J. Gregory Milmoe
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

- and -

By: /s/ Van C. Durrer, II
Van C. Durrer, II (California State Bar No. 226693)
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for the National Hockey League

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **June 27, 2008**, I served the foregoing documents described as:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

on the interested parties in this action addressed as follows:

SEE ATTACHED LIST

☒ (BY US MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that above is true and correct.

Executed on **June 27, 2008** at Los Angeles, California.

| Andy Shah | /s/Andy Shah |
|---|---|
| Type or Print Name | Signature |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 08-31001<br>Northern District of California<br>San Francisco<br>Fri Jun 27 12:48:08 PDT 2008 | 1999 Del Biaggio Family Trust<br>3000 Sand Hill Road<br>Building 1 Suite 240<br>Menlo Park CA 94025-7113 | 1999 Del Biaggio Family Trust<br>3000 Sand Hill Road #1-240<br>Menlo Park CA 94025-7170 |
| AEG Facilities, Inc.<br>c/o Meryl Macklin, Esq.<br>Holme Roberts & Owen, LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105-2994 | Andrew M. Thau<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036-6522 | Aymer 1991 Family Trust<br>Michael A Aymer<br>114 Alerche Drive<br>Los Gatos CA 95032-5153 |
| BDB Management LLC<br>3000 Sand Hill Road<br>Building 1, Suite 240<br>Menlo Park, CA 94025-7113 | Baron Family Rev Trust<br>William Baron Trustee<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Brandenburg Gary Revoc Trust<br>Lee & Diane Brandenburg Truste<br>1122 Willow Street #200<br>San Jose CA 95125-3103 |
| Brandenburg Karen<br>Attn Joseph Di Leo<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Brandenburg William<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Brandenburg Brenton Irrev Trus<br>Karen Brandenburg Trustee<br>1122 Willow Street #200<br>San Jose CA 95125-3103 |
| Brandenburg Eric Sep Prop Trus<br>Eric Brandenburg<br>1122 Willow Street Suite 200<br>San Jose CA 95125-3103 | Brandenburg Jackson 2002 Trust<br>Eric Brandenburg Trustee<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Brandenburg Rev Trust<br>Lee and Diane Brandenburg<br>1122 Willow Street Suite 200<br>San Jose CA 95125-3103 |
| Brandenburg Revocable Trust<br>Lee H and Diane M Brandenburg<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Brandenburg Taylor 2002 Trust<br>Eric Brandenburg Trustee<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Brandenburg William Rev Trust<br>William Brandenburg Trustee<br>1122 Willow Street Suite 200<br>San Jose CA 95125-3103 |
| Bronstein Irving<br>1609 Whipple Avenue<br>Hayward CA 94544-7928 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | Connor David<br>3450 Quail Walk Court<br>Danville CA 94506-5837 | Cook Gary T<br>533 Flannery Street<br>Santa Clara CA 95051-6112 |
| Patrick M. Costello<br>Bialson, Bergen and Schwab<br>2600 El Camino Real #300<br>Palo Alto, CA 94306-1720 | Croesus Investments LLC<br>2964 Via Della Amore<br>Henderson NV 89052-4028 | Di Leo Joseph<br>1122 Willow Street #200<br>San Jose CA 95125-3103 |
| Economic Concepts Inc<br>Kenneth R Hartstein Trustee<br>10801 East Happy Valley Rd #1<br>Scottsdale AZ 85255-8171 | Economics Concepts Inc<br>Kenneth R Hartstein Trustee<br>10801 East Happy Valley Rd #1<br>Scottsdale AZ 85255-8171 | G. Larry Engel<br>Law Offices of Morrison and Foerster<br>425 Market St.<br>San Francisco, CA 94105-2406 |

Eric Brandenburg Sep Prop Trus
Eric Brandenburg Trustee
1122 Willow Street #200
San Jose  CA  95125-3103

Julie M. Glosson
Office of the United States Trustee
235 Pine St. #800
San Francisco, CA 94104-2736

Jay M. Goffman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Goyak  John K
3980 Howard Hughes Parkway
Suite 360
Las Vegas  NV  89169-5954

David Hengehold
John W. (Jay) Fowler, Esq.
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jay M. Goffman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

K Fab Inc
3411 Leonard Court
Santa Clara  CA  95054-2053

Knoerle Diana Lee Irrev Trust
Karen Brandenburg Trustee
1122 Willow Street #200
San Jose  CA  95125-3103

Rodger M. Landau
Landau and Berger LLP
1801 Century Park East #1460
Los Angeles, CA 90067-2316

Marisigan  Rene and Ramona
4378 Mallard Creek Circle
Stockton  CA  95207-5205

Mayo  Cesar M Roth IRA
18801 Montewood Drive
Saratoga  CA  95070-6221

Mayo Family Rev Trust
Cesar M MAyo  Trustee
18801 Montewood Drive
Saratoga  CA  95070-6221

Nicholas  Michael A
Irvin D Nicholas Jr
PO Box 250
Diablo  CA  94528-0250

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104-2736

Orlandi  Lauren Bella Gift Tr
Armin L McKee  Trustee
PO Box 668
Santa Clara  CA  95052-0668

Orlandi  Lindsey B Gift Trust
Armin McKee  Trustee
PO Box 668
Santa Clara  CA  95052-0668

Orlandi  Lisa B Living Trust
Lisa B  Orlandi  Trustee
PO Box 668
Santa Clara  CA  95052-0668

Orlandi  Richard Alex Gift Tr
Armin L McKee  Trustee
PO Box 668
Santa Clara  CA  95052-0668

Peregrine Asset Group Inc
Robert F Gale
9835 Carlton Court
Granite Bay  CA  95746-6716

Perkins  Barbara
2355 Cherry Hills Drive
Byron  CA  94505-1419

Peters RW & CH 1992 Trust
Robert W Peters  TTE
1282 St Mark Court
Los Altos  CA  94024-7041

Peterson  Chuck
12755 Folsom Blvd
Folsom  CA  95630-8097

Predators Holdings, LP
c/o John C. Tishler, Esq.
Waller Lansden Dortch & Davis, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523

Predators Holdings, LP
c/o Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219-1791

ROMO LP
Richard V  Orlandi
3131 Riddle Road
San Jose  CA  95117-2246

Kurt E. Ramlo
Skadden, Arps, Slate, Meagher & Flom
300 S Grand Ave. #3400
Los Angeles, CA 90071-3137

Nick P. Saggese
Skadden, Arps, Slate, Meagher & Flom, LL
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3137

Santa Fe Trust  Inc
Paul Davis IRA
PO Box 22790
Santa Fe  NM  87502-2790

Silvani  Peter
9317 Thornton
Stockton  CA  95209-1856

Case: 08-31001    Doc# 40    Filed: 06/27/08    Entered: 06/27/08 15:54:47    Page 6 of 8

| | | |
|---|---|---|
| Spanholtz Richard E<br>385 Franklin Street<br>San Mateo CA 94402 | Michael St. James<br>St. James Law<br>155 Montgomery St. #1004<br>San Francisco, CA 94104-4115 | Staedler 1992 Revocable Trust<br>Rudy and Beverly Ann Staedler<br>938 Hook Court<br>Incline Village NV 89451 |
| Staedler Rudy and Beverly<br>1992 Revocable Trust<br>1122 Willow Street #200<br>San Jose CA 95125-3103 | Thornhill Mary Trustee<br>Wirth 1984 Revocable Trust<br>129 Spyglass Lane<br>Half Moon Bay CA 94019-8002 | John C. Tishler<br>Waller Lansden Dortch and Davis<br>511 Union St. #2700<br>Nashville, TN 37219-1791 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Ward T Bell & Associates<br>Profit Sharing Plan<br>14425 North 7th Street #101<br>Phoenix AZ 85022-4389 | Judith Whitman<br>Diemer, Whitman and Cardosi<br>75 E. Santa Clara St.<br>San Jose, CA 95113-1827 |
| Warren C. Woo<br>c/o Skadden Arps Meagher & Flom<br>4 Times Square<br>Attn: Jay Goffman<br>New York, NY 10036-6518 | Zraick Ronald Jr<br>1122 Willow Street Suite 200<br>San Jose CA 95125-3103 | Zraick Ronald and Ann<br>1122 Willow Street #200<br>San Jose CA 95125-3103 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bronstein Irving<br>1609 Whipple Avenue<br>Hayward CA 94544-7928 | (u)Thomas E. Carlson<br>San Francisco | (u)William "Boots" Del Biaggio III |
| (u)First Pitch, LLC | (u)John Goyak | (u)R. Todd Neilson |
| (u)Power Play Real Estate Management, LLC | (u)SEE SCHEDULE F<br>UNSECURED CREDITORS AND EQUITY<br>SECURITY HOLDERS ARE THE SAME | (u)Sand Hill Ventures, LLC |

```
End of Label Matrix
Mailable recipients    71
Bypassed recipients     9
Total                  80
```