Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

- and -

Kurt Ramlo (Cal Bar No. 166856)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213-687-5000
Facsimile: 213-687-5600

Counsel for Warren C. Woo and
 Forecheck Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re: | Case No. 08-31001 TEC |
|---|---|
| BDB MANAGEMENT, LLC, | Chapter 11 |
| Debtor | **Notice of Withdrawal of Notices of Appearance and Requests for Notice and Service of Papers** |

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws its Notices of Appearance and Requests for Notice and Service of Papers on behalf of Warren C. Woo and Forecheck Investments, LLC in the above-captioned bankruptcy case.

Dated: July 3, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jay M. Goffman
Four Times Square
New York, New York 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

- and -

1
Notice of Withdrawal of Notices of Appearance and Requests for Notice and
Service of Papers by Warren C. Woo and Forecheck Investments, LLC

Case: 08-31001    Doc# 46    Filed: 07/03/08    Entered: 07/03/08 12:31:09    Page 1 of 2

| | |
|---|---|
| 1 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | By:    s/ Kurt Ramlo |
| 3 | Kurt Ramlo (Cal Bar No. 166856)<br>300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, California 90071<br>Telephone:  213-687-5000 |
| 5 | Facsimile:  213-687-5600 |
| 6 | Counsel for Warren C. Woo and<br>  Forecheck Investments, LLC |

2

Notice of Withdrawal of Notices of Appearance and Requests for Notice and
Service of Papers by Warren C. Woo and Forecheck Investments, LLC