EST. 1929

# MILLER MORTON CAILLAT & NEVIS, LLP

ATTORNEYS AT LAW

October 13, 2015

David L. Nevis

Peter A. Kline

William K. Hurley

Peter V. Dessau

David I. Kornbluh

Daniel J. Nevis

Frank J. Perretta

Gregory J. Korbel

Eric C. McAllister

Roger F. Liu

Stephanie M. Rocha

Rosanna E. Moreno

Jeffrey R. Lisenbee

Carrie A. MacIntosh

Courtney J. Rogerson

Reid D. Shannon

———

Harvey C. Miller
1906-1993

Richard W. Morton
1916-1975

Charles V. Caillat
1920-1990

**FILED**

OCT 19 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

*Via First Class Mail Only*

United States Bankruptcy Court
For the Northern District of California
U.S. Courthouse and Federal Building
280 South First Street, Room 3035
San Jose, CA 95113

Re:  *BDB Management LLC*
U.S. Bankruptcy Court for the Northern District of California
Case No.: 08-31001
**NOTICE OF CHANGE OF ADDRESS – COUNSEL FOR DAVID
CONNER – C/O David I. Kornbluh, Esq.**
Our File No. 2953-0001

Dear Clerk:

Notice is hereby given that effective April 28, 2014 the new address for the party listed
below is as follows:

| | |
|---|---|
| Name: | David Conner – c/o David I. Kornbluh, Esq. |
| | Miller, Morton, Caillat & Nevis, LLP |
| Address: | 50 W. San Fernando Street, Suite 1300 |
| | San Jose, CA 95113 |
| Phone: | (408) 292-1765 |

Type of Party to the Case:     Attorney for David Conner

Could you please update the docket and certificate of service list to reflect the updated
address.

Very truly yours,

MILLER, MORTON, CAILLAT & NEVIS, LLP

By:  *[signature]*
DAVID I. KORNBLUH

DIK/AMK
528704_1

50 West San Fernando Street, Suite 1300, San Jose, CA 95113     500 Newport Center Drive, Suite 570, Newport Beach, CA 92660
408-292-1765                                                      949-870-3301

A LIMITED LIABILITY PARTNERSHIP