John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
   kbrown@pszjlaw.com
   mlitvak@pszjlaw.com
   mmanning@pszjlaw.com

Attorneys for Matthew K. Babcock,
Successor Plan Representative

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

BDB MANAGEMENT, LLC

Debtor.

Case No.: 08-31001 (TEC)

Chapter 11

**ABBREVIATED NOTICE OF ACCOUNTANT'S REQUEST FOR REIMBURSEMENT OF FEES AND EXPENSES INCURRED BETWEEN OCTOBER 11, 2011 AND MARCH 31, 2016**

[NO HEARING DATE SET]

**TO: THE HONORABLE THOMAS CARLSON, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002:**

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC, the accountants (the "Accountants") for the above captioned debtor, seek Court approval of the reimbursement of their fees and expenses incurred between October 11, 2011 to March 31, 2016 in the total amount of $83,961.53, representing $83,529.00 in fees and $432.53 in expenses. The range of services provided by the Accountants to the BDB Management, LLC (the "Debtor") during this four and a half year time period includes, but is not limited to, the preparation and filing of all required

supporting Schedules, Forms and documentation related to annual federal and state estate income tax returns, preparation and review of supporting work papers used in conjunction with preparation of federal and state income tax returns, correspondence with taxing authorities and response to creditor inquiries regarding tax matters, preparation of quarterly post-confirmation operating reports, analysis of disbursements to identify amounts paid by the estate of the related bankruptcy case of William James Del Biaggio III (Case No. 08-3099) on behalf of the Debtor, calculation and payment of quarterly U.S. Trustee fees, reconciliation of bank account activity, research, evaluation, analysis and resolution of various unresolved and/or outstanding claims and update of claims analysis, evaluation of estate assets and liabilities and preparation of projected distribution amounts, and preparation and review of fee applications for periods prior to confirmation of the *Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Joint Plan of Liquidation,* dated May 2011 (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court approved Plan, the Accountants are not required to file a fee application in order to receive compensation but are to "provide at least seven (7) days' notice of all fees and expenses incurred to all parties who have requested notice in the applicable BDB Debtor's Chapter 11 Case." Accordingly, by way of this Notice, the Accountants are providing the requisit notice of the fees and expenses incurred and will be paid the requested amounts absent an objection. Any party who objects to the relief requested in this Notice must file and serve the objection upon the undersigned at the address set forth below ***within seven (7) days of mailing*** of this Notice.

///
///
///
///
///
///
///

**PLEASE TAKE FURTHER NOTICE** that if there is no timely opposition, the Accountants will receive the compensation requested without further notice or order of the Court.

Copies of any response, objection, or request for hearing shall be served upon the following parties at the addresses below:

Miriam Manning
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500

**Date of Mailing: April 26, 2016**

Dated: April 26, 2016 PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Miriam Manning*
 Miriam Manning
 Attorneys for Matthew K. Babcock,
 Successor Plan Representative